## **EXHIBIT A**

| **TRANSFEROR** | **DATE** | **AMOUNT** |
|---|---|---|
| Akorn Operating Company, LLC | 12/9/2022 | $21,643.50 |
| Akorn Operating Company, LLC | 12/16/2022 | $40,127.00 |
| Akorn Operating Company, LLC | 1/27/2023 | $630.00 |
| Akorn Operating Company, LLC | 2/21/2023 | $75,000.00 |

TOTAL TRANSFERS - $137,400.50